# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

No. 16-2288

SynQor, Inc.

v.

Vicor Corporation

## DOCKETING STATEMENT

This Docketing Statement must be completed by all counsel and filed with the court within 14 days of the date of docketing. When the United States or its officer or agency is a party, this Docketing Statement must be completed by all counsel and filed with the court within 30 days of docketing. All questions must be answered or the statement will be rejected.

Name of the party you represent    SynQor, Inc.

Party is (select one)    ☒ Appellant/Petitioner    ☐ Cross-Appellant

☐ Appellee/Respondent    ☐ Intervenor

Tribunal appealed from and Case No.    Patent Trial and Appeal Board, Control No. 95/001,637

Date of Judgment/Order    May 2, 2016; May 5, 2015    Type of Case    Inter Partes Reexamination

Relief sought on appeal    Reversal/Remand of PTAB's Decisions dated May 2, 2016 and May 5, 2015

Relief awarded below (if damages, specify)

N/A

Briefly describe the judgment/order appealed from

The PTAB affirmed the Examiner's rejection of claims 1, 9, 15, 21-27, 29-31, 39, 45, 47, 49, and 50.

Nature of judgment (select one)

☒ Final Judgment, 28 USC 1295

☐ Rule 54(b)

☐ Interlocutory Order (specify type)

☐ Other (explain; see Fed. Cir. R. 28(a)(5))

**FORM 26. Docketing Statement**

Form 26
Rev. 02/16

Name and docket number of any related cases pending before this court plus the name of the writing judge if an opinion was issued

While not currently pending, the following decision involved U.S. Patent No. 7,272,021 at issue in this appeal: SynQor v. Artesyn Techs. Inc., 709 F.3d 1365 (Fed. Cir. 2013).

Brief statement of the issues to be raised on appeal

The patentability of claims 1, 9, 15, 21-27, 29-31, 39, 45, 47, 49, and 50 of U.S. Patent No. 7,272,021.

Have there been discussions with other parties relating to settlement of this case? ☒ Yes ☐ No  If "yes," when were the last such discussions?

☐ Before the case was filed below?

☒ During the pendency of the case below?

☐ Following the judgment/order appealed from?

If "yes," were the settlement discussions mediated? ☒ Yes ☐ No

If they were mediated, by whom?

Former Chief Judge David Folsum of the U.S. District Court for the Eastern District of Texas.

Do you believe that this case may be amenable to mediation? ☐ Yes ☒ No

If you answered no, explain why not

It is unlikely that further mediation will be of benefit due to the parties' respective positions as reflected in the prior unsuccessful mediation that occurred.

Provide any other information relevant to the inclusion of this case in the court's mediation program.

None.

I certify that I filed this Docketing Statement with the Clerk of the United States Court of Appeals for the Federal Circuit and served a copy on counsel of record, this

__13th__ day of __July__ , __2016__

by: __Electronic Court Filing (ECF) for Federal Circuit__

(manner of service)

| | |
|---|---|
| Russell E. Cass | /s/ Russell E. Cass |
| Name of Counsel | Signature of Counsel |

Law Firm: Sidley Austin LLP

Address: One South Dearborn Street

City, State, ZIP: Chicago, Illinois 60603

Telephone Number: 312-853-7000

FAX Number: 312-853-7036

E-mail Address: rcass@sidley.com

[Reset Fields]

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  07/13/2016  by:

☐ U.S. Mail

☐ Fax

☐ Hand

☒ Electronic Means (by E-mail or CM/ECF)

| Russell E. Cass | /s/ Russell E. Cass |
|---|---|
| Name of Counsel | Signature of Counsel |

| | |
|---|---|
| Law Firm | Sidley Austin LLP |
| Address | One South Dearborn Street |
| City, State, Zip | Chicago, Illinois 60603 |
| Telephone Number | 312-853-7000 |
| Fax Number | 312-853-7036 |
| E-Mail Address | rcass@sidley.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields